UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:21-CR-00003-DB |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **DAVID S. RICHARDSON** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| Title 16 U.S.C. § 551; 36 C.F.R. § 261.10(b) | Maintaining, Occupying, and Using a Residence on national Forest System Lands Without Authorization |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of <u>$150</u>, payable in six months, a special assessment of <u>$10</u>, due forthwith.

    Total financial obligation of <u>$160</u> due immediately or no later than <u>November 15, 2021.</u>
    ☐ Monthly payments of <u>$ </u>, per month for months commencing on <u> </u> and each month thereafter by the <u> </u> of the month until paid in full.

☒ **PROBATION** for a term of <u>12</u> months, to terminate upon final payment of the fines and special assessment. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

    ☐ You shall perform <u> </u> hours of community service by <u> </u>.

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of <u> </u> beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on <u> </u> by <u> </u>.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a **REVIEW HEARING** on <u> </u> at <u> </u> and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA 95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 5/18/2021

/s/ *Deborah Barnes*
_____
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: PB